UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                       :

JILLIAN LUGO,                         :

                  :

                Plaintiff,       :            24-CV-7223 (JMF)

                  :

      -v-                :     ORDER WITHDRAWING

                  :       REFERENCE TO

BOWERY RESIDENTS' COMMITTEE, INC.,   :    MAGISTRATE JUDGE

                  :

                Defendant.    :

                  :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On September 26, 2024, the Court referred this case to Magistrate Judge Tarnofsky for
settlement.  *See* Docket No. 6.  It is hereby ORDERED that the reference is WITHDRAWN.

      SO ORDERED.

Dated:  December 5, 2024
       New York, New York                             
                                   JESSE M. FURMAN
                               United States District Judge